```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 29 2011

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>               Plaintiff, ) <br> vs. ) <br> TRAVIS RILEY, ) <br>               Defendant. ) | Case No.: SA 11-462M <br><br> ORDER OF DETENTION |

**I.**

A.  ( )  On motion of the Government in a case allegedly involving:

    1.  ( )  a crime of violence.

    2.  ( )  an offense with maximum sentence of life imprisonment or death.

    3.  ( )  a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.  ( )  any felony - where defendant convicted of two or more prior offenses described above.

    5.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.    (X)    On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

     (X)    On the further allegation by the Government of:

         1.    (X)    a serious risk that the defendant will flee.

         2.    ( )    a serious risk that the defendant will:

             a.    ( )    obstruct or attempt to obstruct justice.

             b.    ( )    threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.    The Government ( ) is/(X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.    (X)    The Court finds that no condition or combination of conditions will reasonably assure:

         1.    (X)    the appearance of the defendant as required.

             (X)    and/or

         2.    (X)    the safety of any person or the community.

B.    ( )    The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.    (X)    the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.    (X)    the weight of evidence against the defendant;

C.  (X) the history and characteristics of the defendant; and
D.  (X) the nature and seriousness of the danger to any person or the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A.  (X) As to flight risk: Defendant's extensive criminal history, which shows he is a fugitive with numerous failures to appear in state matters.
B.  (X) As to danger: Defendant's extensive criminal history and the nature of the charged offense (bank fraud).

## VI.

A.  ( ) The Court finds that a serious risk exists the defendant will:
   1. ( ) obstruct or attempt to obstruct justice.
   2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B.  The Court bases the foregoing finding(s) on the following:

_____

_____

_____

## VI.

A.  IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B.  IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the

| | |
|---|---|
| 1 | extent practicable, from persons awaiting or serving sentences or being held in |
| 2 | custody pending appeal. |
| 3 | C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable |
| 4 | opportunity for private consultation with counsel. |
| 5 | D.  IT IS FURTHER ORDERED that, on order of a Court of the United States or on |
| 6 | request of any attorney for the Government, the person in charge of the |
| 7 | corrections facility in which defendant is confined deliver the defendant to a |
| 8 | United States marshal for the purpose of an appearance in connection with a |
| 9 | court proceeding. |

Dated: September 29, 2011

                                                     /s/   Arthur Nakazato
                                                     ARTHUR NAKAZATO
                                       UNITED STATES MAGISTRATE JUDGE