

FILED
CLERK U.S. DISTRICT COURT

DEC - 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) SACR14-00176-CJC |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation/ |
| | ) Supervised Release Conditions) |
| TRAVIS RILEY | ) |
| | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (√) the appearance of defendant as required; and/or

(B) (√) the safety of any person or the community.

//

//

The court concludes:

A.  (✓)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will comply w/conditions of
release. Also, defendant associated
with others involved in criminal activity
+ sustained a new conviction.

(B)  (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply with conditions
of release. Also, defendant
may be abusing substances +
has inadequate bail resources.

IT IS ORDERED that defendant be detained.

DATED: 12/2/14

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2